IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN -3 PM 3: 16

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| COURTNEY MONTEZ MEANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 03-2352 Ml/P |
| ) | |
| SHELBY COUNTY, ) | |
| CLAYTON BLAIR, ) | |
| MARK LOWE and ) | |
| CLARENCE TURKS ) | |
| ) | |
| Defendants. ) | |

## ORDER OF REFERENCE

Before the Court is Defendant's Motion for an Order Requiring Plaintiff to Answer Interrogatories and Produce Documents, or in the Alternative, to Dismiss the Case, filed on May 13, 2005. This matter is referred to the United States Magistrate Judge for report and recommendation. Any exceptions to the magistrate judge's report shall be made within ten (10) days of the magistrate judge's report, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

So ORDERED this 3 day of June, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-9-05

113



# Notice of Distribution

This notice confirms a copy of the document docketed as number 113 in case 2:03-CV-02352 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Courtney Montez Means
SCJ-MEMPHIS
03101557
201 Poplar Ave.
Memphis, TN 38103

Honorable Tu Pham
US DISTRICT COURT