IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUL -7 AM 6:46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| COURTNEY MONTEZ MEANS, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| vs. | ) | Civ. No. 03-2352-Ml/P |
|  | ) | |
| SHELBY COUNTY, et al., | ) | |
|  | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**

Before the court is defendants' Motion to Extend Time to Respond to Plaintiff's Motion to Compel, filed July 5, 2005 (dkt #118). For good cause shown, defendants motion is GRANTED. Defendants shall have up to and including August 5, 2005, to respond to plaintiff's motion to compel.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

July 6, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-7-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 119 in case 2:03-CV-02352 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Courtney Montez Means
SCJ-MEMPHIS
03101557
201 Poplar Ave.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT