IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| COURTNEY MONTEZ MEANS, | ) |
| Plaintiff, | ) |
| vs. | ) Civ. No. <u>03-2352-Ml/P</u> |
| SHELBY COUNTY, et al., | ) |
| Defendants. | ) |

### ORDER SETTING HEARING ON PLAINTIFF'S MOTION TO COMPEL AND DIRECTING PARTIES TO ENGAGE IN FACE-TO-FACE CONSULTATION PRIOR TO HEARING DATE

Before the court is plaintiff's motion to compel, filed June 24, 2005. **This motion is set for a hearing on Thursday, August 25, 2005, at 3:00 p.m. in Courtroom 6, Clifford Davis Federal Building, Memphis, TN.** Counsel who wish to be heard on the motion must appear.

Although counsel for the parties consulted prior to the filing of the motion, as set forth in the plaintiff's certificate of consultation, the court hereby orders that counsel engage in a face-to-face meeting prior to August 25 hearing to further consult on issues raised in plaintiff's motion and addressed in defendant's response.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on <u>8-16-05</u>



IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

Date August 15, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 128 in case 2:03-CV-02352 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Courtney Montez Means
SCJ-MEMPHIS
03101557
201 Poplar Ave.
Memphis, TN 38103

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT