IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 24  PM 2: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TE MEMPHIS

COURTNEY MONTEZ MEANS,

      Plaintiff,

vs.                                                    No.: 03-2352-MI/P

SHELBY COUNTY, et al.,

      Defendants.

---

## AMENDED SCHEDULING ORDER

---

The parties have filed a Joint Motion to Continue the trial date and all deadlines in this

case. For good cause shown, the Court continues the trial from its present setting and resets the

deadlines in this case as follows:

COMPLETING ALL DISCOVERY: October 31, 2005;

DISPOSITIVE MOTIONS:  November 15, 2005;

TRIAL: Monday, February _13_, 2006 at 9:30 A.M.;

PRE-TRIAL CONFERENCE: _Monday, February 7_, 2006 at 9:00 A.M.;

PRE-TRIAL ORDER: _January 30_ 2006.

SO ORDERED this _24_ day of August, 2005.

JON P. McCALLA
United States District Judge

*(Signatures of counsel on next page)*

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-24-05_



APPROVED FOR ENTRY:

Earle J. Schwarz
Glankler Brown, PLLC
1700 One Commerce Square
Memphis, Tennessee

Attorney for Plaintiff


Eugene C. Gaerig /By @ permission
Law Offices Of Eugene C. Gaerig
100 N. Main Street
Ste. 3118
Memphis, Tennessee 38103

Attorney for Defendants

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 132 in case 2:03-CV-02352 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Courtney Montez Means
SCJ-MEMPHIS
03101557
201 Poplar Ave.
Memphis, TN 38103

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT