IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 AUG 29 PM 5:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| COURTNEY MONTEZ MEANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civ. No. 03-2352-Ml/P |
| ) | |
| SHELBY COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL

Before the court is plaintiff's Motion to Compel, filed June 24, 2005 (dkt #115). On August 25, 2005, the court held a hearing on the motion. Counsel for all interested parties were present and heard. At the hearing, the parties informed the court that they have since resolved the discovery disputes at issue, and that plaintiff wished to withdraw the motion. On this basis, the plaintiff's motion to compel is DENIED as moot.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

August 29, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  8-30-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 135 in case 2:03-CV-02352 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Courtney Montez Means
SCJ-MEMPHIS
03101557
201 Poplar Ave.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT